Decided February 14, 2002

## GILBERT HAYES *v.* MARK J. DECKER

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 293 (AC 20918), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's expert's proffered testimony regarding the effect of discontinuation of blood pressure medication should have been admitted into evidence?"

The Supreme Court docket number is SC 16692.

*Lorinda S. Coon,* in support of the petition.

Decided February 26, 2002